M. L. PELT, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.

Division A.

Decision Filed January 4, 1928.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and briefs and argument of counsel having been seen and inspected, and the Court being now adivsed of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is therefore, considered, ordered, and adjudged by the Court that the said judgment of the Circuit Court

1184

be, and the same is hereby affirmed, upon the authority of Hunter v. The State, 85 Fla. 91, 95 So. 115.

Affirmed.

*Wm. C. Hodges,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General; *Roy Campbell,* Assistant, for State.